# EXHIBIT 2

IN THE DISTRICT COURT OF MARSHALL COUNTY
STATE OF OKLAHOMA

FILED
WANDA PEARCE
APR 16 2013

Time_____
Court Clerk of Marshall County
By_____Deputy

JERRY DUPREE and TERRY DUPREE, Husband and Wife, )
)
)
Plaintiffs, )
)
)
v. ) Case No. CJ-2013-25
)
PROGRESSIVE NORTHERN INSURANCE CO. )
)
Defendant. )

## PETITION

COMES NOW Plaintiffs, Jerry Dupree and Terry Dupree, Husband and Wife, by and through their attorney, Dustin P. Rowe of ROWE LAW FIRM, and for their cause of action against the Defendant, Progressive Northern Insurance Co., states as follows:

1. That Plaintiffs entered into an agreement with the Defendant seeking insurance comprehensive and/or collision coverage from loss upon a 1992 Carver 6/40, Serial No. CDRV9002L192, in May, 2005. That said policy has been renewed each subsequent year thereafter.

2. That on June 20, 2011, the boat suffered extensive storm and wind damages.

3. That Plaintiffs reported the damages sustained by the boat to the Defendant who thereafter had an adjuster complete an estimate of damages.

4. That the boat sustained damages in a sum in excess of $10,000.00 for which the Defendant should be made to pay to the Plaintiffs.

5. The Plaintiffs have performed all conditions precedent to recover under the insurance policy. That the Defendant has breached the terms of its own policy.

WHEREFORE, premises considered, Plaintiffs respectfully prays for this Court to enter its Order herein awarding a judgment in favor of Plaintiffs and as against the Defendant in an amount in excess of $10,000.00, together with interest, storage fees, attorney fees and all costs of this action and all other relief as this Court's deems just and proper under the circumstances.

Respectfully submitted,

JERRY DUPREE and TERRY DUPREE

By: *[signature]*

DUSTIN P. ROWE, OBA #19207
**ROWE LAW FIRM**
225 West Main Street
Tishomingo, Oklahoma 73460
Telephone:   (580)  371-9561
Facsimile:    (580)  371-9869
Attorney for Plaintiffs

## VERIFICATION

STATE OF OKLAHOMA )
) ss.
COUNTY OF JOHNSTON )

    JERRY DUPREE and TERRY DUPREE, being first duly sworn upon oath says: that they are the Plaintiffs above named; that they have read the foregoing instrument and knows the contents thereof; and that the facts therein set forth are true and correct to the best of their knowledge and belief.

_____
JERRY DUPREE

_____
TERRY DUPREE

Subscribed and sworn to before me this 10th day of April, 2013.

NOTARY PUBLIC State of Okla.
LAURA J. BUSS
Comm. # 06011282
Expires 11-20-2014

_____
NOTARY PUBLIC

My Commission Expires: 11/20/2014