UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JERRY DUPREE and TERRY DUPREE, as Husband and Wife,<br><br>Plaintiffs,<br><br>v.<br><br>PROGRESSIVE NORTHERN INSURANCE COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No.: 13-cv-223-JHP<br>)<br>)<br>)<br>)<br>) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The following parties to this lawsuit, Plaintiffs, Jerry Dupree and Terry Dupuree, and Defendant, Progressive Northern Insurance Company, pursuant to Fed. R. Civ. P. 41, stipulate this case should be dismissed with prejudice. All respective parties to bear their respective attorney fees and costs.

Dated this 20th day of September 2013.

Respectfully submitted,

s/ Mark H. Colbert
*(signed by filing attorney with permission of attorney)*
Mark H. Colbert, OBA No. 10045
COLBERT LAW OFFICES
200 Stanley Street, Southwest
Post Office Box 2169
Ardmore, Oklahoma 73402
Telephone: 580-226-1911
Facsimile: 580-226-1907
**ATTORNEY FOR PLAINTIFFS**

s/ Brad L. Roberson
Brad L. Roberson, OBA No. 18819
PIGNATO, COOPER, KOLKER & ROBERSON, P.C.
1120 Robinson Renaissance
119 North Robinson Avenue
Oklahoma City, Oklahoma 73102
Telephone:   405-606-3333
Facsimile:   405-606-3334
**ATTORNEY FOR DEFENDANT**